UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** September 20, 2021 | **Time:** 18 minutes<br>11:03 a.m. to 11:21 a.m. | **Judge:** JAMES DONATO |
| **Case No.:** 21-cr-00121-JD-4 | **Case Name:** UNITED STATES v. Miksch | |

**Attorney for Plaintiff:**  Eric Cheng and Frank Riebli
**Attorney for Defendant:**  David Cohen and Alex Guilmartin
   Defendant **Kenny Matthew Miksch** – present, on bond

**Deputy Clerk:** Jean Davis   **Reported by:** Ruth Levine Ekhaus
**Interpreter:** n/a   **Probation Officer:** n/a

### PROCEEDINGS

Change of Plea hearing – held.

**Defendant pleads GUILTY to Count One of the Indictment.** The plea is accepted as knowing, voluntary, and supported by an independent basis in fact. Defendant is adjudged guilty.

The matter is referred to the U.S. Probation Office for preparation of a Presentence Report.

**Sentencing set for February 7, 2022 at 10:30 a.m.**