DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306767
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Kenny Miksch**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNY MATTHEW MIKSCH,<br><br>Defendant. | Case No. 3:21-cr-00121-JD<br><br>**STIPULATION TO MODIFY DUE DATES FOR SENTENCING MEMORANDA** |

On January 12, 2022, the sentencing date in Mr. Miksch's case was postponed by Clerk's Notice from February 7, 2022 to February 22, 2022. This was done in order to accommodate a joint sentencing for all three defendants in the related cases before this Court.

The parties hereby stipulate and propose that, in light of this continuance of sentencing and pursuant to Crim. L.R. 32-5, the parties' sentencing memoranda be due on February 8, 2022. Any replies from either party are due on February 15, 2022.

                                                    Respectfully submitted,

                                                    **BAY AREA CRIMINAL LAWYERS, PC**

Dated: January 21, 2022                  By:/s/ Alexander P. Guilmartin, Esq.
                                                       ALEXANDER P. GUILMARTIN, ESQ.
                                                         Attorneys for Defendant **Kenny Miksch**

|   |   |
|---|---|
| | **STEPHANIE M. HINDS, ESQ** |
| | UNITED STATES ATTORNEY |
| Dated: January 21, 2022 | By:/s/ Eric Cheng, Esq. |
| | ERIC CHENG, ESQ. |
| | Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: _____   _____

THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE