# EXHIBIT "A"

Gina West
7205 Harlow St
Las Vegas, NV 89131
(480) 246-6819

To Whom it May Concern:

I was asked to write a character reference letter for my nephew Kenneth Miksch.

I would like to start by saying that Kenny is the sweetest, kindest, most loving person ever. He is shy, naive and trusting. He would never intentionally do anything that would hurt or make someone feel bad in any way.

In her defense, his mother Rebecca Miksch is very much the same way. And she raised her boys in a very protective and sheltered home. Trying to keep them safe from any harm that they may find out in the world.  She taught them to be kind and helpful when ever possible. And Kenny is just that.

 Kenny takes everyone at their word and trusts that they are telling him the truth. He is honest to a fault. He has a conscience that will not allow him lie or deceive. If you ever need anything he will drop what he's doing and go out of his way to help with what ever tasks he is given.

I know I'm his Aunt and you might think I'm bias. But in this case, this is all true about Kenny. He's a great kid and would never do anything to get into trouble. In fact I don't think he's ever been in any kind of trouble. Never with the police, not at school and seldom with his parents. He's kind and respectful.

I know he feels absolutely horrible about all this trouble he has gotten involved with. He is scared and regretful for trusting the wrong people.

I hope you will believe me when I say that Kenny didn't get involved with these people knowing what they were involved in. He believed they had his best interest at heart and thought they were cops trying to educate him on gun safety. Kenny wanted to be a Navy Seal to help people. And believed these guys when they said they were cops. He thought who better to learn about guns and such than from cops. He thought he was being careful.

Thank you

Gina West

Ivanna Ojeda
1942 Pulgas Ave
East Palo Alto, CA 94303
(650) 776-5856
ivannaojeda23@gmail.com

Dear Judge,

My name is Ivanna. I've been dating Kenny Miksch for 5 years, come this June and I've known him for just as long, if not a couple months more than 5 years. We met while we were in high school and I know him very well.

Kenny has always been the first and only person I've depended on for everything in my life since I've known him. If there's ever something that happened, something I can't solve, or I have an idea of something I want to try, he's always there. Whether that be at 4AM listening to me in a random Denny's, or with a collection of tools he bought online because he learned they're helpful for what I want to do. He's my biggest supporter but will always tell me the truth when something doesn't sound like a good idea. Through everything, he's always been the kind of person to always want to be there and be helpful, no matter the effort or time. He's incredibly intelligent and has a mind I even envy sometimes. He just has a way of looking at things and being able to just know what to do, unlike anyone I've met. Where I can be lazy, he just makes up for it with this mind that's always working and wants to do all these things and excel at every single little thing, whether that's professionally with welding, or recreationally with his hiking, rock climbing, running, etc.

Even though he can come across stoic and serious sometimes, he really has the biggest and kindest heart out of anyone I've met. I still remember a time when we were on a date and on our way home, coming down a mountain, we spotted a random person struggling with his truck that was on the edge, almost tilting over and without hesitation, he stopped and helped tow his truck out of the edge it was stuck in. With friends he's met motorcycling, he was just the same. Always offering help with them, whether it be maintenance or riding in general. He never hesitates, or wonders if it's too much work for him, or holds favors and kind gestures as something to owe him for. He'll go as far as to lend expensive equipment to friends and not ask for it back, even though it's been months. His kindness really shows the most with his family. His family relies heavily on him, especially since his dad's medical conditions have gotten worse and he's not able to work, or do a lot of the housework as he once did. Kenny always makes the time to help as much as he can, even when pulling long shifts, where I would think someone would even be too exhausted to do more, he'll still make the last-minute trips to CVS or Home Depot, as needed.

His kindness, loyalty, ambition, and reliability are only a couple of the reasons as to why I fell in love with him to begin with. I'm not the most dependable, best person to be patient with, maybe not even the kindest person to deal with most of the time, and yet he's always remained

constant and patient with me every step of the way without complaint. I don't know where, or what kind of person I'd be without him. We have grown so much as individuals and as a couple in the past five years alone and I plan to continue to do so til we're stuck in a retirement home somewhere. I understand what he did and I know he has to face the consequences of his actions, I do, I respect that, but in the one week he was incarcerated from when the FBI took him alone, his family and I broke in a way that I wouldn't wish on my worst enemy. I respectfully plead for leniency on his sentencing, please.


Signed,

   Ivanna Ojeda

To whom it may concern:

My name is Rafael Ojeda, and I am the Operations Manager at Global Contract Manufacturing Medical and OEM (GCM) in Union City, CA. I have been working for GCM for 8 years and overall experience in the metal fabrication industry, I have about 30 years altogether. I have met, trained, and collaborated with many young professionals in my experience. Kenny Miksch is an employee I had the pleasure of leading and collaborating with.

Kenny Miksch was an employee at GCM under the title of Certified Welder and he worked with us for a little over 2 years. He's always been a bright, professional young man with an exceptional threshold of skills. Aside from being a certified welder, he was also trained into a Trumpf Laser Operator. He specifically operated a CNC Laser/Punch combination machine (Trumpf Trumatic 7000 Machine) with ease and precision. He's always been a dependable employee and even when the workload got ahead of all of us, he was always there putting in the extra hours to help us get projects and products ahead on time. His high problem-solving skills have gotten us out of more jams than I could count, especially when COVID-19 first hit, and we had to close down. His high work ethic and drive are something that I don't normally see in young men his age and with his experience in the industry, his problem-solving skills, and his motivation and drive, I see a young man with a lot of potential.  Overall, Mr. Miksch holds a fantastic recommendation from me.

If you need more information or specific examples, please do not hesitate to contact me at (510) 364-1137, or rojeda@gogcm.com. As a recommendation letter likely only provides a snapshot of his talents and achievements, I would be happy to further elaborate on my time working with him.

Sincerely,

Rafael Ojeda
*Operations Manager*
GCM - Global Contract Manufacturing Medical and OEM

*Rafael Ojeda*