DAVID J. COHEN, ESQ.
California Bar No. 145748
djcohen@bayareacrimlaw.com
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306767
apguilmartin@bayareacrimlaw.com
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Kenny M. Miksch**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNY MATTHEW MIKSCH,<br><br>Defendant. | Case No. 3:21-cr-00121-JD<br><br>**MR. MIKSCH'S SUPPLEMENTAL EXHIBITS TO HIS SENTENCING MEMORANDUM**<br><br>Date: February 22, 2022<br>Time: 10:30 a.m.<br>Ctrm.: JD |

Mr. Miksch hereby submits as a supplemental exhibit additional characters letters in support of his sentencing request. *See* dkts. 106 and 111.

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: February 18, 2022        By:/s/ Alexander P. Guilmartin, Esq.
              ALEXANDER P. GUILMARTIN, ESQ.
              Attorneys for Defendant **Kenny Miksch**