# EXHIBIT "A"

This letter is regarding my son Kenny Miksch.  I would like to let you know that he is a very good person, and has Never been in trouble other than this.  He has always been a good son, he's never even gotten a ticket.  He always does what he is supposed to.  He is very responsible.  He is great at photography, welding.   He goes to work every day,  and comes home right after.  I believe  it is in the best interest of everyone if he is able to go to work and do his sentence at home instead of being locked up.   We have a loving home here with him.  Please understand that Kenny is a very  good person .   He  also has a  bright future as a Welder, he is very talented.  He helps his family daily however he can.

Sincerely his mother,
Rebecca Miksch

# EXHIBIT "B"

To Whom It May Concern,

My name is Chuck McCuin, and I am the Sales and Estimating Manager with Mathews Mechanical.

I have known the Miksch family for over 12 years and have known of Kenny Miksch since meeting Ron Kenny's father who also works with Mathews Mechanical.

Kenny was a young man at the time, and I always heard that he wanted to follow his father's footsteps becoming a welder. As time passed, Ron kept me posted on Kenny's progress becoming a certified welder. After becoming a certified welder, he came to work for Mathews Mechanical. He was a huge asset to the business, and everyone loved him and his quality of work. As time went on, Kenny outgrew Mathews Mechanical and moved on to bigger things. Ron kept me in the loop as this young man moved up the ladder at every place Kenny worked for. If you get to meet Kenny, you will agree with me, he truly is a good young man.

Kenny is now employed again with Mathews Mechanical and is a great asset to the business.

I truly feel I have a good sense of character and I feel Kenny is a great young man that has proven himself as someone with good character and a hard worker. Everyone makes mistakes and I am confident Kenny understands what has happened and will learn from this.

If you need to speak to me directly, please feel free to contact me.

Chuck McCuin

510-766-5220