# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:  May 5, 2022                                                  Judge:  Hon. James Donato

Court Reporter:  Marla Knox
Time: 31 Minutes
Case No.        **3:21-cr-00121-JD-4**
Case Name       **USA v. Kenny Matthew Miksch**

Attorney(s) for Government:      Eric Cheng
Attorney(s) for Defendant(s):    David Cohen/Alex Gilmartin
Probation Officer: Jessica Goldsberry

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Sentencing Hearing -- Held

### NOTES AND ORDERS

Defendant is sentenced to 6 months of custody; 3 years of supervised release; a $100 special assessment, and a forfeiture of firearms, ammunition, and electronics seized from defendant.

A voluntary surrender order will be filed separately.